UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
ANDRE K. ANTROBUS,

                           Plaintiff,

      -against-

CITY OF NEW YORK, AND THE NEW YORK
CITY DEPARTMENT OF SANITATION,

                           Defendants.
------------------------------X

**DECLARATION OF SERVICE**

19-CV-6277

       **MONALIZA SEEPERSAUD**, declares, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that the following is true and correct:

       1.    I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants in the above-captioned action.

       2.    On November 6, 2019, I served the Notice of Removal to Federal Court with (1) annexed exhibit upon:

> Andre K. Antrobus
> Plaintiff Pro Se
> 97 Greenwood Lane
> White Plains, New York 10607

by depositing a copy of same, enclosed in a postpaid wrapper, via First-Class mail, in a post office/official depository, under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said person at the above address.

Dated:    New York, New York
            November 6, 2019

                                                      */s/ Monaliza Seepersaud*
                                                            Monaliza Seepersaud