UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANDRE K. ANTROBUS,

                Plaintiff,                               **ORDER**
                                                                         **19 CV 6277 (WFK)(LB)**

   -against-

CITY OF NEW YORK and
NEW YORK CITY DEPARTMENT
OF SANITATION,

                Defendants.
----------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

        On November 22, 2019, the Court ordered defendants to respond to plaintiff's amended complaint by January 6, 2020, and set the initial conference in this case for January 16, 2020. ECF No. 7. On January 6, 2020, defendants filed a request for a pre-motion conference with Judge Kuntz in anticipation of moving to dismiss plaintiff's amended complaint and seeking a stay of discovery in this case. ECF No. 8. In light of the pre-motion conference set for February 10, 2020, before Judge Kuntz, the Court hereby cancels the initial conference in this case on January 16, 2020. Defendants' counsel shall contact plaintiff by telephone to notify him of this Order and shall send him a copy of this Order by whatever means necessary to ensure that he gets immediate notice (e-mail, fax, and/or overnight mail). The Clerk of Court is directed to mail this Order to plaintiff via overnight mail.

SO ORDERED.

                                                                                            /S/
                                                                   LOIS BLOOM
                                                                   United States Magistrate Judge

Dated: January 10, 2020
        Brooklyn, New York